

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2020

No. 04-19-00488-CV

Robert **DUNLAP,**
Appellant

v.

Charles **TROIS,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00955
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

On January 21, 2020, appellant filed his appellant's brief. The brief does not comply with Rules 9.4 or 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.4, 38.1. Specifically, the brief violates Texas Rule of Appellate Procedure 9.4 because it is not double spaced and does not contain a certificate of compliance. *See id*. R. 9.4(d), 9.4(i)(3). The brief also violates Texas Rule of Appellate Procedure 38.1 because it does not contain a statement of facts with record references or a proper legal argument with appropriate citations to authorities and the appellate record. *See id.* R. 38.1(g), 38.1(i).

Accordingly, we **ORDER** appellant's brief **STRICKEN** and **ORDER** appellant to file an amended brief in this court complying with Rules 9.4 and 38.1 **by February 27, 2020** or this appeal will be dismissed for want of prosecution. *See id.* R. 38.9, 42.3.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2020.



MICHAEL A. CRUZ,
Clerk of Court